UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN J. BELSER, SR., Personal
Representative of the Estate of SERENA
DESHAWN BELSER, Deceased, and
MARVIN J. BELSER, SR. Personal
Representative of the Estate of SIRR
MARVIN JAMES BELSER, Deceased,

        Plaintiff,

  -vs-

DETROIT MEDICAL CENTER, HARPER-
HUTZEL HOSPITAL, UNITED STATES OF
AMERICA and YORAM SOROKIN, M.D.,
Jointly and Severally,

        Defendants.
_____/

Case No. 05-71026

HON. ROBERT H. CLELAND
MAG. JUDGE WALLACE CAPEL, JR.

### ORDER SUBSTITUTING UNITED STATES OF AMERICA FOR JEANNETTE ESPY, M.D., AND DISMISSING UNITED STATES OF AMERICA AS A DEFENDANT

IT IS HEREBY ORDERED THAT the United States of America is substituted for Jeannette Espy, M.D., as a party defendant and that the United States of America is dismissed as a defendant pursuant to 28 U.S.C. § 2675(a).

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: April 20, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 20, 2005, by electronic and/or ordinary mail.

           s/Lisa G. Teets
Case Manager and Deputy Clerk
(313) 234-5522